## Fourth Department, September, 1936.
### (September 23, 1936.)

The People of the State of New York ex rel. Ervin D. Lee, Property 1431 Genesee Street, Respondent, v. Frank J. Winslow and Others, Constituting the Board or Department of Assessment and Taxation of the City of Utica, New York, and Anthony Sisti, Clerk of the City of Utica, Appellants.— Order affirmed, with costs. All concur. (The order confirms report of referee reducing assessment on real property.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

The People of the State of New York ex rel. Ervin D. Lee, Property 418 Lafayette Street, Utica, Respondent, v. Frank J. Winslow and Others, Constituting the Board or Department of Assessment and Taxation of the City of Utica, New York, and Anthony Sisti, Clerk of the City of Utica, Appellants.— Order affirmed with costs. All concur. (The order confirms report of referee reducing assessment on real property.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

The People of the State of New York ex rel. Avon Garage, Incorporated, a Domestic Corporation, Property 220–224 Lafayette Street, Utica, New York, Respondent, v. Frank J. Winslow and Others, Constituting the Board or Department of Assessment and Taxation of the City of Utica, New York, and Anthony Sisti, Clerk of the City of Utica, Appellants.— Order affirmed, with costs. All concur. (The order confirms report of referee reducing assessment on real property.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

The People of the State of New York ex rel. The Syracuse Trust Company, as Trustee of the Trusts Created by Richard Mather and Others, Respondents, v. William M. Remmer and Others, as Assessors of the City of Utica, etc., Appellants.— Transferred to the Appellate Division, Third Department, for determination. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.